# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-5166**  September Term, 2020

1:20-cv-00466-EGS

Filed On: July 19, 2021 [1906891]

Loper Bright Enterprises, Inc., et al.,

      Appellants

Cape Trawlers, Inc., et al.,

      Appellees

   v.

Gina Raimondo, in her official capacity as
Secretary of Commerce, et al.,

      Appellees

**O R D E R**

    The notice of appeal was filed on July 15, 2021, and docketed in this court on July 19, 2021. It is, on the court's own motion,

    **ORDERED** that appellants submit the documents listed below by the dates indicated.

| Document | Due Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | August 18, 2021 |
| Docketing Statement Form | August 18, 2021 |
| Entry of Appearance Form | August 18, 2021 |
| Procedural Motions, if any | August 18, 2021 |
| Statement of Intent to Utilize Deferred Joint Appendix | August 18, 2021 |
| Statement of Issues to be Raised | August 18, 2021 |
| Transcript Status Report | August 18, 2021 |
| Underlying Decision from Which Appeal or Petition Arises | August 18, 2021 |
| Dispositive Motions, if any (Original and 4 copies) | September 2, 2021 |

# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 21-5166**　　　　　　　　　　　　　　　　　　**September Term, 2020**

It is

    **FURTHER ORDERED** that appellees submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | August 18, 2021 |
| Entry of Appearance Form | August 18, 2021 |
| Procedural Motions, if any | August 18, 2021 |
| Dispositive Motions, if any (Original and 4 copies) | September 2, 2021 |

It is

    **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                                               **FOR THE COURT:**
                                               Mark J. Langer, Clerk

                              BY:    /s/
                                               Tatiana A. Magruder
                                               Deputy Clerk

The following forms and notices are available on the Court's [website:](#)

      [Civil Docketing Statement Form](#)
      [Entry of Appearance Form](#)
      [Transcript Status Report Form](#)
      [Request to Enter Appellate Mediation Program](#)
      [Notice Concerning Expedition of Appeals and Petitions for Review](#)
      [Stipulation to be Placed in Stand-By Pool of Cases](#)