# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Loper Bright Enterprises, Inc., et al.

**v.**
Gina Raimondo, et al.

**Case No:** 21-5166

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Loper Bright Enterprises, Inc.

H&L Axelsson, Inc.

Scombrus One LLC

Lund Marr Trawlers LLC

### Counsel Information

Lead Counsel: Ryan P. Mulvey

Direct Phone: (571) 444-2841  Fax: (___) ___-____  Email: ryan.mulvey@causeofaction.org

2nd Counsel: Eric R. Bolinder

Direct Phone: (571) 329-3324  Fax: (___) ___-____  Email: eric.bolinder@causefoaction.org

3rd Counsel:

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email:

Firm Name: Cause of Action Institute

Firm Address: 1310 North Courthouse Road, Suite 700  Arlington, VA 22201

Firm Phone: (571) 444-4182  Fax: (___) ___-____  Email: contact@causeofaction.org

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

# CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2021, I filed the foregoing in the United States Court of Appeals for the District of Columbia Circuit using the Appellate CM/ECF System. Service will be accomplished by the Appellate CM/ECF System.

/s/ Ryan P. Mulvey
Ryan P. Mulvey

*Counsel for Appellants*