**UNITED STATES COURT OF APPEALS**
**DISTRICT OF COLUMBIA CIRCUIT**

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**CIVIL DOCKETING STATEMENT**
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 21-5166     2. DATE DOCKETED: 07/19/2021
3. CASE NAME (lead parties only) Loper Bright Enterprises, Inc. v. Gina Raimondo
4. TYPE OF CASE: ☒ District Ct - ● US Civil ○ Private Civil ○ Criminal ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court    ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ○ Yes ● No
   If YES, cite statute _____
6. CASE INFORMATION:
   a. District Court Docket No.    Bankruptcy Court Docket No.    Tax Court Docket No.
      Civil Action 1:20-cv-00466-EGS    Bankruptcy _____    Tax _____
      Criminal _____    Adversary _____
      Miscellaneous _____    Ancillary _____
   b. Review is sought of:
      ☒ Final Order    ☐ Interlocutory Order appealable as of right    ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Emmet G. Sullivan    Magistrate Judge _____
   d. Date of order(s) appealed (use date docketed): 06/23/2021    e. Date notice of appeal filed: 07/15/2021
   f. Has any other notice of appeal been filed in this case? ○ Yes ● No    If YES, date filed: _____
   g. Are any motions currently pending in trial court? ○ Yes ● No    If YES, date filed: _____
      If YES, identify motion _____
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)? ○ Yes ● No
      If NO, why not? The case was decided on the pleadings.
   i. Has this case been before the Court under another appeal number? ○ Yes Appeal # _____ ● No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ○ Yes ● No If YES, give each case's court and case name, and docket number: _____
   k. Does this case turn on validity or correct interpretation or application of a statute? ● Yes ○ No
      If YES, give popular name and citation of statute Magnuson-Stevens Act, 16 U.S.C. § 1801 et seq.
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ○ Yes ● No    If so, provide program name and participation dates _____

Signature /s/ Ryan P. Mulvey    Date 08/16/2021
Name of Party Loper Bright Enterprises, Inc., et al.
Name of Counsel for Appellant/Petitioner Ryan P. Mulvey
Address 1310 North Courthouse Road, Suite 700 Arlington, VA 2201
Phone ( 571 ) 444-2841    Fax ( ___ ) ___-___

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

# CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2021, I filed the foregoing in the United States Court of Appeals for the District of Columbia Circuit using the Appellate CM/ECF System. Service will be accomplished by the Appellate CM/ECF System.

/s/ Ryan P. Mulvey
Ryan P. Mulvey

*Counsel for Appellants*