# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | ) | |
|---|---|---|
| LOPER BRIGHT ENTERPRISES, INC., *et al.* | ) | |
| | ) | |
| Plaintiffs-Appellants, | ) | |
| | ) | |
| v. | ) | Case No. 21-5166 |
| | ) | |
| GINA RAIMONDO, in her official capacity as Secretary of Commerce, *et al.* | ) | |
| | ) | |
| Defendants-Appellees. | ) | |
| | ) | |

_____

## APPELLANTS' STATEMENT OF INTENT
## TO UTILIZE DEFERRED JOINT APPENDIX

Appellants Loper Bright Enterprises, Inc.; H&L Axelsson, Inc.; Scombrus One LLC; and Lund Marr Trawlers LLC hereby respond to the Court's Order, dated July 19, 2021, and state they do not intend to use a deferred appendix in this appeal.

Dated: August 16, 2021

Respectfully submitted,

/s/ Ryan P. Mulvey
Ryan P. Mulvey
Eric R. Bolinder

CAUSE OF ACTION INSTITUTE
1310 N. Courthouse Road, Ste. 700
Arlington, VA 22201
Telephone: (571) 444-4182
ryan.mulvey@causeofaction.org
eric.bolinder@causeofaction.org

*Counsel for Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2021, I filed the foregoing in the United States Court of Appeals for the District of Columbia Circuit using the Appellate CM/ECF System. Service will be accomplished by the Appellate CM/ECF System.

/s/ Ryan P. Mulvey
Ryan P. Mulvey

*Counsel for Appellants*