# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Loper Bright Enterprises, Inc., et al

v.

Gina Raimondo, et al

**Case No:** 21-5166

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ● Gov't counsel for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Gina Raimondo

Neil Jacobs [now Richard W. Spinrad]

Chris Oliver

U.S. Department of Commerce

National Oceanic & Atmospheric Admin.

National Marine Fisheries Service

### Counsel Information

Lead Counsel: Daniel Halainen

Direct Phone: ( 202 ) 514-4081   Fax: (___) ___-____   Email: daniel.j.halainen@usdoj.gov

2nd Counsel:

Direct Phone: (___) ___-____   Fax: (___) ___-____   Email:

3rd Counsel:

Direct Phone: (___) ___-____   Fax: (___) ___-____   Email:

Firm Name: U.S. Dep't of Justice, Environment & Natural Resources Division, Appellate Section

Firm Address: P.O. Box 7415, Ben Franklin Station, Washington, DC 20044

Firm Phone: ( 202 ) 514-2748   Fax: (___) ___-____   Email: efile_app@enrd.usdoj.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)