| | |
|---|---|
| No. 21-5166 | September Term, 2021 |
| | 1:20-cv-00466-EGS |
| | Filed On: January 30, 2022 [1932873] |

Loper Bright Enterprises, Inc., et al.,

      Appellants

Cape Trawlers, Inc., et al.,

      Appellees

    v.

Gina Raimondo, in her official capacity as
Secretary of Commerce, et al.,

      Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for February 08, 2022, at 9:30 A.M.:

    Appellants    -    10 Minutes

    Appellees    -    10 Minutes

One counsel per side to argue. The panel considering this case will consist of Circuit Judges Rogers, Walker, and Jackson.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by February 1, 2022.

### Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:    /s/
        Michael C. McGrail
        Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)