# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 21-5166**  September Term, 2021

1:20-cv-00466-EGS

Filed On: February 8, 2022 [1934252]

Loper Bright Enterprises, Inc., et al.,

    Appellants

Cape Trawlers, Inc., et al.,

    Appellees

    v.

Gina Raimondo, in her official capacity as
Secretary of Commerce, et al.,

    Appellees

**BEFORE:** Circuit Judges Rogers, Walker, and Jackson

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Tuesday, February 8, 2022 at 10:27 a.m. The cause was heard as case No. 2 of 3 and argued before the Court by:

Eric R. Bolinder, counsel for Appellants.

Daniel Halainen (DOJ), counsel for Appellees.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Anne A. Rothenberger
Deputy Clerk