No. 21-5166                          September Term, 2021

1:20-cv-00466-EGS

**Filed On:** April 25, 2022

Loper Bright Enterprises, Inc., et al.,

        Appellants

Cape Trawlers, Inc., et al.,

        Appellees

     v.

Gina Raimondo, in her official capacity as
Secretary of Commerce, et al.,

        Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that Chief Judge Srinivasan, and Circuit Judges Rogers and Walker now constitute the panel assigned to consider this case, which was argued on February 8, 2022.

                                             **FOR THE COURT:**
                                             Mark J. Langer, Clerk

                             BY:     /s/
                                             Michael C. McGrail
                                             Deputy Clerk