# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 21-5166**                                              **September Term, 2021**
                                                       FILED ON: AUGUST 12, 2022

LOPER BRIGHT ENTERPRISES, INC., ET AL.,
                        APPELLANTS

CAPE TRAWLERS, INC., ET AL.,
                        APPELLEES

v.

GINA RAIMONDO, IN HER OFFICIAL CAPACITY AS SECRETARY OF COMMERCE, ET AL.,
                        APPELLEES

Appeal from the United States District Court
for the District of Columbia
(No. 1:20-cv-00466)

Before: SRINIVASAN*, *Chief Judge,* ROGERS and WALKER, *Circuit Judges*

## J U D G M E N T

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the District Court's grant of summary judgment to the Service and denial of summary judgment to appellants be affirmed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/

Daniel J. Reidy
Deputy Clerk

Date: August 12, 2022

Opinion for the court filed by Circuit Judge Rogers.
Dissenting opinion filed by Circuit Judge Walker.

* Chief Judge Srinivasan was drawn to replace Judge Jackson, now Justice Jackson, who heard argument but did not participate in the disposition of this matter.