# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-5166**  September Term, 2022

1:20-cv-00466-EGS

Filed On: October 5, 2022 [1967718]

Loper Bright Enterprises, Inc., et al.,

    Appellants

Cape Trawlers, Inc., et al.,

    Appellees

    v.

Gina Raimondo, in her official capacity as
Secretary of Commerce, et al.,

    Appellees

## M A N D A T E

In accordance with the judgment of August 12, 2022, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:   /s/
      Daniel J. Reidy
      Deputy Clerk

Link to the judgment filed August 12, 2022