# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

November 15, 2022

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

    Re:  Loper Bright Enterprises, et al.
          v. Gina Raimondo, Secretary of Commerce, et al.
          No. 22-451
          (Your No. 21-5166)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on November 10, 2022 and placed on the docket November 15, 2022 as No. 22-451.

                                        Sincerely,

                                        **Scott S. Harris**, Clerk

                                        by

                                        Lisa Nesbitt
                                        Case Analyst