# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

May 1, 2023

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

      Re: Loper Bright Enterprises, et al.
          v. Gina Raimondo, Secretary of Commerce, et al.
          No. 22-451
          (Your No. 21-5166)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion of Center for Constitutional Jurisprudence for leave to file a brief as *amicus curiae* is granted. The motion of Christian Employers Alliance for leave to file a brief as *amicus curiae* is granted. The motion of Relentless, Inc., et al. for leave to file a brief as *amici curiae* is granted. The motion of David Goethel, et al. for leave to file a brief as *amici curiae* is granted. The motion of Advancing American Freedom for leave to file a brief as *amicus curiae* is granted. The motion of Pacific Legal Foundation for leave to file a brief as *amicus curiae* is granted. The petition for a writ of certiorari is granted limited to Question 2 presented by the petition. Justice Jackson took no part in the consideration or decision of this petition and these motions.

                                            Sincerely,

                                            **Scott S. Harris**, Clerk