DECIDED AUGUST 12, 2022

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| LOPER BRIGHT ENTERPRISES, INC., *et al.*, | )<br>)<br>) |
| *Plaintiffs-Appellants*, | ) |
| v. | ) No. 21-5166 |
| GINA RAIMONDO, in her official capacity as Secretary of Commerce, *et al.*, | )<br>) |
| *Defendants-Appellees*. | ) |

## NOTICE OF WITHDRAWAL OF
## ERIC R. BOLINDER AS COUNSEL

Please take notice that Eric R. Bolinder withdraws his appearance as counsel for Plaintiffs-Appellants Loper Bright Enterprises, Inc.; H&L Axelsson, Inc.; Scombrus One LLC; and Lund Marr Trawlers LLC in the above-captioned appeal. As of July 23, 2024, Eric R. Bolinder will no longer be employed by Cause of Action Institute. Plaintiffs-Appellants will continue to be represented by Ryan P. Mulvey of Cause of Action Institute, who remains as counsel on this case.

Dated: July 22, 2024

Respectfully submitted,

*/s/ Eric R. Bolinder*
Eric R. Bolinder
Ryan P. Mulvey

CAUSE OF ACTION INSTITUTE
4201 Wilson Boulevard, Ste. 1000
Arlington, VA 22203
Telephone: (571) 444-4182

*Counsel for Appellants*

# Certificate of Service

I hereby certify that on July 22, 2024, I filed the foregoing Notice of Withdrawal in the United States Court of Appeals for the District of Columbia Circuit using the Appellate CM/ECF system. Service will be accomplished by the Appellate CM/ECF System.

/s/ Eric R. Bolinder
Eric R. Bolinder