# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 30, 2024

Clerk
United States Court of Appeals
  for the District of Columbia Circuit
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave., NW, Room 5205
Washington, DC 20001-2866

      Re:  **Loper Bright Enterprises, et al.
             v. Raimondo, Sec. of Comm., et al.
             No. 22-451 (Your docket No. 21-5166)**

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                                Sincerely,

                                SCOTT S. HARRIS, Clerk

                                By

                                M. Altner
                                Assistant Clerk – Judgments

Enc.
cc:    All counsel of record

Supreme Court of the United States
Office of the Clerk
Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

July 30, 2024

Mr. Paul D. Clement, Esq.
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314

Mrs. Elizabeth B. Prelogar, Esq.
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

    Re:  Loper Bright Enterprises, et al.
           v. Raimondo, Sec. of Comm., et al.
           No. 22-451

Dear Counsel:

Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the District of Columbia Circuit.

The petitioners are given recovery of costs in this Court as follows:

| | |
|---|---|
| **Clerk's fee:** | **$300.00** |
| Total: | $300.00 |

This amount may be recovered from the respondents.

           Sincerely,

           SCOTT S. HARRIS, Clerk

           By

           M. Altner
           Assistant Clerk – Judgments

cc:  Clerk, D.C. Cir.
      (Your docket No. 21-5166)

# Supreme Court of the United States

No. 22–451

**LOPER BRIGHT ENTERPRISES, ET AL.,**

Petitioners

v.

**GINA RAIMONDO, SECRETARY OF COMMERCE, ET AL.**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the District of Columbia Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is vacated with costs, and the case is remanded to the United States Court of Appeals for the District of Columbia Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioners, Loper Bright Enterprises, et al., recover from Gina Raimondo, Secretary of Commerce, et al., Three Hundred Dollars ($300.00) for costs herein expended.

**Justice Jackson took no part in the consideration or decision of this case.**

June 28, 2024

| | |
|---|---|
| **Clerk's fee:** | **$300.00** |
| **Total:** | **$300.00** |

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States