# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 21-5166**　　　　　　　　　　　　　**September Term, 2023**

**1:20-cv-00466-EGS**

**Filed On: July 30, 2024** [2067373]

Loper Bright Enterprises, Inc., et al.,

    Appellants

Cape Trawlers, Inc., et al.,

    Appellees

    v.

Gina Raimondo, in her official capacity as
Secretary of Commerce, et al.,

    Appellees

## O R D E R

    It is **ORDERED**, on the court's own motion, that the court's mandate be recalled.

    The Clerk of the United States District Court for the District of Columbia is requested to return the mandate forthwith to the United States Court of Appeals for the District of Columbia Circuit.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
       Daniel J. Reidy
       Deputy Clerk