| | |
|---|---|
| **No. 21-5166** | **September Term, 2023** |
| | **1:20-cv-00466-EGS** |
| | **Filed On:** August 6, 2024 |

Loper Bright Enterprises, Inc., et al.,

      Appellants

Cape Trawlers, Inc., et al.,

      Appellees

    v.

Gina Raimondo, in her official capacity as
Secretary of Commerce, et al.,

      Appellees

    **BEFORE:**   Srinivasan, Chief Judge; Walker, Circuit Judge; and Rogers, Senior Circuit Judge

## O R D E R

In light of the Supreme Court's decision in <u>Loper Bright Enterprises v. Raimondo</u>, 144 S. Ct. 2244 (2024), vacating this court's August 12, 2022 judgment, and remanding for further proceedings consistent with the Court's opinion, it is, on the court's own motion,

**ORDERED** that the parties file supplemental briefs in accordance with the following briefing format and schedule:

| | |
|---|---|
| Supplemental Brief for Appellants (not to exceed 6,500 words) | August 28, 2024 |
| Supplemental Brief for Appellees (not to exceed 6,500 words) | September 18, 2024 |
| Supplemental Reply Brief for Appellants (not to exceed 3,250 words) | September 25, 2024 |

It is **FURTHER ORDERED** that this case be scheduled for reargument before this panel on October 17, 2024, at 9:30 a.m.

The time and date of oral argument will not change absent further order of the Court.

A separate order will be issued regarding the allocation of time for argument.

**Per Curiam**

                                       **FOR THE COURT:**
                                       Mark J. Langer, Clerk

                   BY:     /s/
                               Daniel J. Reidy
                               Deputy Clerk

The following forms and notices are available on the Court's website:

[Memorandum to Counsel Concerning Cases Set for Oral Argument (Form 71)](#).