# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

No. 21-5166                      September Term, 2023

1:20-cv-00466-EGS

**Filed On:** August 15, 2024

Loper Bright Enterprises, Inc., et al.,

       Appellants

Cape Trawlers, Inc., et al.,

       Appellees

    v.

Gina Raimondo, in her official capacity as
Secretary of Commerce, et al.,

       Appellees

       **BEFORE:**   Srinivasan, Chief Judge; Walker, Circuit Judge; and Rogers, Senior Circuit Judge

## O R D E R

Upon consideration of appellants' motion to postpone oral argument, it is

**ORDERED** that the motion be granted and this case is removed from the October 17, 2024 oral argument calendar. It is

**FURTHER ORDERED**, on the court's own motion, that this case is now scheduled for oral argument on Monday, November 4, 2024 at 2:00 p.m. before Chief Judge Srinivasan, Circuit Judge Walker, and Senior Circuit Judge Rogers.

The time and date of oral argument will not change absent further order of the Court.

A separate order will be issued regarding the allocation of time for argument.

**Per Curiam**

                                           **FOR THE COURT:**
                                           Mark J. Langer, Clerk

                       BY:    /s/
                               Michael C. McGrail
                               Deputy Clerk

The following forms and notices are available on the Court's website:

[Memorandum to Counsel Concerning Cases Set for Oral Argument (Form 71)](#)