# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| LOPER BRIGHT ENTERPRISES, INC., *et al.*, <br><br> *Plaintiffs-Appellants*, <br><br> v. <br><br> GINA RAIMONDO, in her official capacity as Secretary of Commerce, *et al.*, <br><br> *Defendants-Appellees*. | No. 21-5166 |

## NOTICE OF INTENT BY CONSERVATION GROUPS TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF DEFENDANTS-APPELLEES

Pursuant to Circuit Rule 29(a) and the guidance in Section IX(A)(4) of this Court's Handbook of Practice and Internal Procedure, the Conservation Law Foundation, Ocean Conservancy, Save the Sound, and Oceana, Inc. ("Conservation Groups") hereby notify this Court of their intent to file an amicus curiae brief supporting Federal Defendants-Appellees Gina Raimondo, in her official capacity as Secretary of Commerce, et al., in the above-captioned matter.

Conservation Groups will file their brief on or before September 25, 2024. All parties consented to the filing of this brief. Fed. R. App. P. 29(a)(2); D.C. Cir. R. 29(a).

Conservation Groups recognize that the federal government's ability to effectively manage our fisheries depends on the availability of accurate, timely scientific data and is essential to preventing the collapse of those fisheries and to protecting all who depend on them.

Conservation Law Foundation is a nonprofit environmental advocacy organization with offices in Maine, Massachusetts, Vermont, New Hampshire, Rhode Island, and Connecticut. Its mission is to protect New England's environment for the benefit of all people for generations to come. In order to protect and restore New England's endangered landscapes, wildlife, and waters, Conservation Law Foundation has worked for decades to end overfishing, protect ecologically important habitat, and restore key forage species that support groundfish and other marine wildlife by pushing for strong state and federal management measures.

Ocean Conservancy is a national nonprofit organization which seeks a healthier ocean protected by a more just world. For more than 50 years, it has used science-based advocacy, research, and education to tackle some of the greatest global challenges facing the ocean, including climate change, plastic pollution, and overfishing. Ocean Conservancy has a longstanding, demonstrated commitment to securing healthy fisheries which support the well-being of coastal communities.

Its goal is to ensure the best available science is used in fisheries management, including innovations in fish catch monitoring, reporting, and data management.

Save the Sound is a nonprofit organization with over 4,480 member households and 19,000 activists in Connecticut and New York. It works to protect and improve the land, air, and water of the entire Long Island Sound region. Save the Sound uses legal and scientific expertise and brings citizens together to restore ecosystem function and connectivity and ensure our waters and coastal habitats can support thriving populations of fish, shellfish, and other wildlife.

Oceana, Inc. is a non-profit international advocacy organization dedicated to protecting and restoring the world's oceans through policy, advocacy, science, law, and public education. Oceana campaigns to stop overfishing, reduce the incidental catch of non-targeted marine life (called bycatch), and protect important marine habitat. For over twenty years, Oceana has campaigned for science-based fisheries management, including establishing observer coverage in Northeast fisheries sufficient to give precise and accurate data about bycatch.

A corporate disclosure statement is attached below pursuant to D.C. Cir. R. 26.1.

Respectfully submitted this 22nd day of August, 2024.

                                                          /s/ *Andrea A. Treece*
                                                          Andrea A. Treece

EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
415-217-2000 | Telephone
415-217-2040 | Fax
atreece@earthjustice.org

Stephen D. Mashuda
EARTHJUSTICE
810 Third Ave., Suite 610
Seattle, WA 98104
206-343-7340 | Telephone
415-217-2040 | Fax
smashuda@earthjustice.org

*Attorney for Amici Curiae Conservation Law Foundation, Ocean Conservancy, Save the Sound, and Oceana, Inc.*

# CORPORATE DISCLOSURE STATEMENT

Pursuant to the Federal Rule of Appellate Proc. 26.1 and D.C. Cir. R. 26.1 and 28(a), *Amici Curiae* Conservation Law Foundation, Ocean Conservancy, Save the Sound, and Oceana, Inc. respectfully submit the following corporate disclosure statement: Conservation Law Foundation, Ocean Conservancy, Save the Sound, and Oceana, Inc. have no parent corporation, nor does any person or corporate entity own ten percent or more of the respective associations.

DATED: August 22, 2024

                                                   */s/ Andrea A. Treece*
                                                 Andrea A. Treece
                                                 EARTHJUSTICE
                                                 50 California Street, Suite 500
                                                 San Francisco, CA 94111
                                                 415-217-2000 | Telephone
                                                 415-217-2040 | Fax
                                                 atreece@earthjustice.org

                                                 Stephen D. Mashuda
                                                 EARTHJUSTICE
                                                 810 Third Ave., Suite 610
                                                 Seattle, WA 98104
                                                 206-343-7340 | Telephone
                                                 415-217-2040 | Fax
                                                 smashuda@earthjustice.org

                                                 *Attorney for Amici Curiae Conservation Law Foundation, Ocean Conservancy, Save the Sound, and Oceana, Inc.*