UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| LOPER BRIGHT ENTERPRISES, INC., *et al.*, <br><br> *Plaintiffs-Appellants*, <br><br> v. <br><br> GINA RAIMONDO, in her official capacity as Secretary of Commerce, *et al.*, <br><br> *Defendants-Appellees*. | No. 21-5166 |

# NOTICE OF INTENT BY RELENTLESS, INC., HUNTRESS, INC., AND SEAFREEZE FLEET LLC TO FILE MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS-APPELLANTS

Pursuant to Circuit Rule 29(b), Relentless, Inc., Huntress, Inc., and Seafreeze Fleet LLC (collectively "Amici") hereby notify this Court of their intent to file a motion for leave to file an amicus curiae brief in support of Plaintiffs-Appellants in the above-captioned matter. Amici will file their brief on or before September 4, 2024. Counsel for Defendants-Appellees consented to the filing of this brief so long as it complies with the rules of the Court. Counsel for Plaintiffs-Appellants consented to the filing of this brief.

Respectfully submitted this 26th day of August, 2024

/s/ John J. Vecchione
John J. Vecchione
    *Counsel of Record*
NEW CIVIL LIBERTIES ALLIANCE
1225 19TH STREET NW, SUITE 450
WASHINGTON, DC 20036
(202) 869-5210
john.vecchione@ncla.legal
*Counsel for* Amicus Curiae

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed on August 26th, 2024 through this Court's electronic filing system. Service will be made on counsel of record for all parties through the notice of docket activity generated by the filing of this notice.

*/s/ John J. Vecchione*