UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| LOPER BRIGHT ENTERPRISES, INC., *et al.*, <br><br> *Plaintiffs-Appellants*, <br><br> v. <br><br> GINA RAIMONDO, in her official capacity as Secretary of Commerce, *et al.*, <br><br> *Defendants-Appellees*. | No. 21-5166 |

**RULE 26.1 CORPORATE DISCLOSURE STATEMENT OF
AMICI RELENTLESS, INC., HUNTRESS, INC., AND SEAFREEZE FLEET LLC**

Pursuant to Federal Rule of Appellate Procedure 26.1, the undersigned counsel states that amici Relentless Inc., Huntress Inc., and Seafreeze Fleet LLC provide the following disclosure statement: Amici Relentless Inc. and Huntress Inc. are wholly owned by Amicus Seafreeze Fleet LLC. Amicus Seafreeze Fleet is a limited liability company with no parent corporation, and no publicly held corporation holds 10% or more of its stock.

Respectfully submitted this 29th day of August, 2024

                                                 */s/ John J. Vecchione*
                                                 John J. Vecchione
                                                    *Counsel of Record*
                                                 NEW CIVIL LIBERTIES ALLIANCE
                                                 1225 19TH ST. NW, STE. 450
                                                 WASHINGTON, DC 20036
                                                 (202) 869-5210
                                                 john.vecchione@ncla.legal
                                                 *Counsel for* Amicus Curiae

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed through this Court's electronic filing system on August 29th, 2024 and will be served upon counsel of record for all parties through the notice of docket activity generated by this filing.

*/s/ John J. Vecchione*