# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-5166**  **September Term, 2024**

**1:20-cv-00466-EGS**

**Filed On: September 20, 2024** [2075968]

Loper Bright Enterprises, Inc., et al.,

    Appellants

Cape Trawlers, Inc., et al.,

    Appellees

    v.

Gina Raimondo, in her official capacity as
Secretary of Commerce, et al.,

    Appellees

    **BEFORE:**    Srinivasan, Chief Judge; Walker, Circuit Judge; and Rogers, Senior Circuit Judge

## O R D E R

Upon consideration of the motion of Relentless Inc., Huntress Inc., and Seafreeze Fleet, LLC for leave to file a brief as amici curiae in support of appellants, and the lodged brief amici curiae, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged brief amici curiae.

### Per Curiam

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY:    /s/
            Michael C. McGrail
            Deputy Clerk