# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-5166**  **September Term, 2024**

1:20-cv-00466-EGS

Filed On: November 4, 2024 [2083554]

Loper Bright Enterprises, Inc., et al.,

    Appellants

Cape Trawlers, Inc., et al.,

    Appellees

    v.

Gina Raimondo, in her official capacity as
Secretary of Commerce, et al.,

    Appellees

    **BEFORE:**   Chief Judge Srinivasan, Circuit Judge Walker, and Senior Circuit Judge Rogers

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Monday, November 4, 2024 at 2:04 p.m. The cause was heard as case No. 1 of 1 and argued before the Court by:

    Ryan P. Mulvey, counsel for Appellants.

    Daniel Halainen (DOJ), counsel for Appellees.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY:   /s/
            Anne A. Rothenberger
            Deputy Clerk