ORAL ARGUMENT WAS HELD NOVEMBER 4, 2024

No. 21-5166

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

LOPER BRIGHT ENTERPRISES, INC., et al.,
*Plaintiffs/Appellants*,

v.

GINA RAIMONDO, et al.,
*Defendants/Appellees*.

Appeal from the United States District Court for the District of Columbia
No. 1:20-cv-466 (Hon. Emmet G. Sullivan)

**NOTICE OF WITHDRAWAL**

Please take notice that the undersigned counsel, Rachel Heron, withdraws as counsel for the federal defendants-appellees, because she will be resigning from the Department of Justice effective April 11, 2025. The federal defendants-appellees will continue to be represented by the other listed counsel of record.

Respectfully submitted,


 s/Rachel Heron
RACHEL HERON

   U.S. Department of Justice
   Environment and Natural Res. Div.
   P.O. Box 7415
   Washington, D.C. 20044
   (202) 514-0916
   rachel.heron@usdoj.gov