# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 21-5166** | **September Term, 2024** |
| | 1:20-cv-00466-EGS |
| | **Filed On: August 13, 2025** [2130014] |

Loper Bright Enterprises, Inc., et al.,

      Appellants

Cape Trawlers, Inc., et al.,

      Appellees

      v.

Howard W. Lutnick, in his official capacity as Secretary of Commerce, et al.,

      Appellees

      **BEFORE:**  Srinivasan, Chief Judge; Walker, Circuit Judge; and Rogers, Senior Circuit Judge

## O R D E R

Upon consideration of the joint motion for abeyance, it is

**ORDERED** that the motion be granted, and this case is hereby held in abeyance pending further order of the court.

The parties are directed to file a status report by November 12, 2025, and at 90-day intervals thereafter.

The parties are further directed to file motions to govern further proceedings within 30 days of the conclusion of settlement proceedings.

### Per Curiam

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

      BY:    /s/
             Michael C. McGrail
             Deputy Clerk